JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rexford Leroy Newman, Jr. | CASE NO. SACV 02-1152-JVS(MLGx) |
| Plaintiff, | ORDER OF DISMISSAL UPON |
| v. | SETTLEMENT OF CASE |
| County of Orange, et al. | |
| Defendant(s). | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: March 20, 2008

_____
James V. Selna
United States District Judge